

| | 2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665 | 60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342 |

| | |
|---|---|
| Defendant: | **MLO Great South Bay LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111532 | $33,623.02 | 2/9/2023 | 00843-984529 | 2/1/2023 | $1,088.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111532 | $33,623.02 | 2/9/2023 | 00843-984528 | 2/1/2023 | $792.41 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 111532 | $33,623.02 | 2/9/2023 | 00843-984527 | 2/1/2023 | $31,742.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $33,623.02 | 3/8/2023 | 00843-987879 | 3/1/2023 | $1,088.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $33,623.02 | 3/8/2023 | 00843-987878 | 3/1/2023 | $792.41 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112607 | $33,623.02 | 3/8/2023 | 00843-987877 | 3/1/2023 | $31,742.08 |
| **2 Preference Period transfer(s), $67,246.04** | | | | | | | |
| **Post Petition Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114949 | $33,797.28 | 7/3/2023 | 00843-993289 | 4/1/2023 | $1,088.53 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114949 | $33,797.28 | 7/3/2023 | 00843-993288 | 4/1/2023 | $792.41 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114949 | $33,797.28 | 7/3/2023 | 00843-993287 | 4/17/2023 | $14,987.23 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114949 | $33,797.28 | 7/3/2023 | 00843-993286 | 4/1/2023 | $16,929.11 |
| **1 Post Petition transfer(s), $33,797.28** | | | | | | | |

Totals: 3 transfer(s), $101,043.32